CAUSE NO. 2014-11875

| | | |
|---|---|---|
| LIFE PARTNERS, INC., | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| v. | § § | MCLENNAN COUNTY, TEXAS |
| THE COCA-COLA COMPANY, | § § | |
| Defendant. | § § § | 414TH JUDICIAL DISTRICT |

## NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441(a) BY DEFENDANT THE COCA-COLA COMPANY

TO THE HONORABLE JUDGE OF THIS COURT, PLAINTIFF AND ITS ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on April 17, 2014, Defendant The Coca-Cola Company removed the above-numbered action to the United States District Court for the Western District of Texas, Waco Division. A true and correct copy of the Notice of Removal and all related papers is attached hereto as Exhibit A.

Respectfully submitted,

/s/ Greg White

_____

Greg White
State Bar No. 21329050
P. O. Box 2186
Waco, Texas 76703-2186
(254) 717-5728
FAX (866) 521-5569
greg.white@texapplaw.com

ATTORNEY FOR DEFENDANT
THE COCA-COLA COMPANY

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 17, 2014, a true and correct copy of the foregoing has been forwarded to all counsel of record as follows:

C. Alfred MacKenzie
P.O. Box 2003
Waco, TX  76703

Cobby Offei
204 Woodhew Dr.
Waco, TX  76712

                                                /s/ Greg White
                                             Greg White